33 So.2d 385

## DUNLAP v. STATE.
### 6 Div. 322.

Court of Appeals of Alabama.
Jan. 19, 1948.

No appearance for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

This appeal is here on the record without a transcription of the evidence or the oral charge of the court. In this state of the record we are without authority to review the action of the trial judge in refusing to appellant several written instructions. Chapman v. State, 249 Ala. 30, 29 So.2d 286; Rikard v. State, 31 Ala.App. 374, 18 So.2d 435.

There appearing no errors, we order the judgment of the lower court affirmed.

Affirmed.